**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN THE MATTER OF:                    MISC. NO. 19-MC-222 (RAM)

RAUL M. ARIAS-MARXUACH
UNITED STATES DISTRICT JUDGE

## STANDING ORDER OF DISQUALIFICATION

1. The undersigned permanently disqualifies himself in all cases in which the following persons appear as counsel of record or as a party:

    a. Amancio Arias-Guardiola, Esq.

    b. Francisco G. Bruno-Rovira, Esq.

    c. Henry O. Freese-Souffront, Esq.

    d. Gilberto J. Marxuach-Torrós, Esq.

2. Until further notice, the undersigned disqualifies himself in all cases in which the following persons appear as counsel or record or as a party:

    a. McConnell Valdés LLC or its subsidiaries

    b. Saldaña & Saldaña-Egozcue, P.S.C.

    c. Bank of America Corp. or its subsidiaries

    d. Bella Group or its subsidiaries

    e. Citigroup, Inc. or its subsidiaries

    f. General Electric Co. or its subsidiaries

    g. Johnson & Johnson or its subsidiaries

    h.  The J.M. Smucker Company or its subsidiaries

    i.  Pfizer, Inc. or its subsidiaries

    j.  Popular, Inc. or its subsidiaries

    k.  The Procter & Gamble Company or its subsidiaries

    l.  The Travelers Companies, Inc. or its subsidiaries

    m.  Universidad Interamericana de Puerto Rico

    n.  Universidad del Sagrado Corazón

    o.  Walmart, Inc. or its subsidiaries

3.    The Clerk is ordered to take notice of this standing order of disqualification, include it as a Standing Order on the Court's website immediately, and notify the persons and entities included in it.

**IT IS SO ORDERED**

In San Juan, Puerto Rico this 31st day of May 2019.

                      S/Raúl M. Arias-Marxuach
                      RAUL M. ARIAS-MARXUACH
                      UNITED STATES DISTRICT JUDGE